**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | **8:05CR34** |
| vs. ) | |
| ) | **ORDER** |
| **RAUL LOERA,** ) | |
| ) | |
| Defendant. ) | |

Defendant Raul Loera appeared before the court on January 5, 2006 on a Petition for Warrant or Summons for Offender Under Supervision [29]. The defendant was represented by Assistant Federal Public Defender Julie B. Hansen and the United States was represented by Assistant U.S. Attorney Susan T. Lehr.  Defendant was not entitled to a preliminary examination and the government did not request a detention hearing.  Therefore, the defendant was released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before District Judge Joseph F. Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Joseph F. Bataillon, in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:00 a.m. on February 3, 2006.** Defendant must be present in person.

2 The defendant is released on current conditions of supervision.

DATED this 5th day of January 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge